1  Karen P. Kimmey (State Bar No. 173284)
   kkimmey@fbm.com
2  Hilary Krase (State Bar No. 318762)
   hkrase@fbm.com
3  Farella Braun + Martel LLP
   One Bush Street, Suite 900
4  San Francisco, California 94104
   Telephone: (415) 954-4400
5  Facsimile: (415) 954-4480

6  Christopher M. Jackson (*pro hac vice* forthcoming)
   HOLLAND & HART LLP
7  555 17th Street, Suite 3200
   Denver, CO 80202
8  Telephone: (303) 295-8000
   Email: CMJackson@hollandhart.com

9
   Attorneys for Plaintiff SHRIMP GIRLS, INC.
10 d/b/a FISHWIFE TINNED SEAFOOD COMPANY

11

12                    UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

14

| | |
|---|---|
| SHRIMP GIRLS, INC. d/b/a FISHWIFE TINNED SEAFOOD COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLINE GOLDFARB AND BENJAMIN GOLDFARB<br><br>Defendant. | Case No. 2:23-cv-06024<br><br>**PLAINTIFF SHRIMPY GIRLS, INC. D/B/A FISHWIFE TINNED SEAFOOD COMPANY'S CORPORATE DISCLOSURE STATEMENT (CIVIL L.R. 7.1-1 & FED. R. CIV. P. 7.1)** |

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

CORPORATE DISCLOSURE STATEMENT
Case # 2:23-cv-06024

44022\16290075.1

1  The undersigned, counsel of record for Plaintiff Shrimp Girls, Inc. d/b/a
2  Fishwife Tinned Seafood Company, certifies that the following listed party (or
3  parties) may have a pecuniary interest in the outcome of this case. These
4  representations are made to enable the Court to evaluate possible disqualification or
5  recusal.
6  Rebecca Millstein: CEO, co-founder, and majority shareholder of Shrimp
7  Girls, Inc. d/b/a Fishwife Tinned Seafood Company.

9  In compliance with Federal Rule of Civil Procedure 7.1, Plaintiff Shrimp
10 Girls, Inc. d/b/a Fishwife Tinned Seafood Company further states that it has no
11 parent company and that no publicly held corporation owns 10 percent or more of its
12 stock.
13 Dated: July 25, 2023

By: _____/s/ Karen P. Kimmey_____

Karen P. Kimmey (SBN 173284)
kkimmey@fbm.com
Hilary C. Krase (SBN 318762)
hkrase@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Tel: (415) 954-4407

Christopher M. Jackson
(*pro hac vice* forthcoming)
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Tel: (303) 295-8000
Fax: (303) 295-8261
Email: CMJackson@hollandhart.com

Attorneys for Plaintiff SHRIMP GIRLS, INC. d/b/a FISHWIFE TINNED SEAFOOD COMPANY

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

CORPORATE DISCLOSURE STATEMENT
Case # 2:23-cv-06024

2

44022\16290075.1