Karen P. Kimmey (SBN 173284)
Hilary Krase (SBN 318762)
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, CA  94104
Tele: (415) 954-4400 Fax: (415) 954-4480
E-mail:  kkimmey@fbm.com; hkrase@fbm.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SHRIMP GIRLS, INC. d/b/a FISHWIFE TINNED SEAFOOD COMPANY,

Plaintiff(s),

v.

CAROLINE GOLDFARB AND BENJAMIN GOLDFARB

Defendant(s).

CASE NUMBER

2:23-cv-06024

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety. Dismissed with Prejudice.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

August 11, 2023
Date

*Hilary Krase*
(Signature of Attorney/Party)

NOTE:  **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*